**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 5 MM 2023 |
| | : | |
| v. | : | |
| | : | |
| TURRELL M. BOWMAR-SWEET | : | |
| | : | |
| PETITION OF: SPENCER H.C. BRADLEY, ESQUIRE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of May, 2023, upon consideration of the Application to Withdraw as Counsel, the matter is REMANDED to the Court of Common Pleas of Dauphin County for that court to determine whether to grant Attorney Spencer H.C. Bradley leave to withdraw. In the event the court permits Attorney Bradley to withdraw, the court is to resolve any other related questions, including whether to appoint new counsel or to permit Turrell M. Bowmar-Sweet leave to proceed *pro se* on allocatur review.

The Court of Common Pleas of Dauphin County is DIRECTED to enter its order on remand within 90 days and to inform this Court promptly of its determination.

Attorney Bradley is reminded that counsel's duty of representation continues through allocatur review and precludes counsel from withdrawing absent leave of court. *See* Pa.R.Crim.P. 120 and 122; *see also Commonwealth v. Miller (Petition of Bradley)*, 77 MM 2022 (order dated Nov. 4, 2022) (referencing the requirements of Pa.R.Crim.P. 120 and 122); *Commonwealth v. Crosby (Petition of Bradley)*, 103 MM 2022 (order dated Feb. 4, 2023) (same).

The Prothonotary is DIRECTED to serve this Order on the Chief Public Defender of Dauphin County.